**Opinion issued April 2, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-26-00229-CV**

———————————

**IN RE CARMEN ALEMAN, Relator**

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

## MEMORANDUM OPINION

Relator Carmen Aleman has filed a petition for writ of mandamus complaining of the trial court's order denying a motion to show authority.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

---

[1] The underlying case is *Carmen Aleman, Eric B. Dick, and the Dick Law Firm, PLLC v. Standard Casualty Company*, cause number 1188597, pending in the County Civil Court at Law No. 3 of Harris County, Texas, the Honorable J. LaShawn A. Williams presiding.